Petition 12C – Rev. 11/14

# UNITED STATES DISTRICT COURT
## for
## Arizona
## Petition for Warrant



FILED ✓ / LODGED / RECEIVED / COPY
MAY - 5 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

18-MJ-1659

| | | |
|---|---|---|
| Name of Offender: | Annette M. Lucero | Case No.: CR-12-01470-001-TUC-DCB |
| Name of Judicial Officer: | The Honorable David C. Bury, Sr. United States District Judge | |
| Date of Original Sentence: | 4/11/2013 | |
| Original Offense: | Count 1: Marijuana - Sell - Distribute - Or Dispense, 21 U.S.C. § 841(a)(1) and (b)(1)(D), a Class D Felony | |
| Original Sentence: | 18 months Bureau of Prisons, 24 months supervised release | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: 11/14/2013 |
| | | Date Supervision Expires: 11/13/2015 |
| Assistant U.S. Attorney: | Matthew G. Eltringham 520-620-7464 | Defense Attorney: Henry L. Jacobs 520-792-0091 |

Petitioning the Court to issue a Warrant.

The probation officer alleges Annette M. Lucero has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #3** which states, *"You shall report to the probation officer in a manner and frequency directed by the court or probation officer."*<br><br>Lucero failed to report to the probation office April 19, 2016, as instructed by the probation officer. Grade C violation. §7B1.1(a)(3) |
| B | **Standard Condition #9** which states, *"You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. The use or possession of medicinal marijuana, even with a physician's written certification, is not permitted. Possession of controlled substances will result in mandatory revocation of your term of supervision."* |

CC: USM, AUSA, PROB - Copies Distributed

Page 2
RE: Annette M. Lucero
Petition to Revoke
April 28, 2016

On March 29, 2016, Lucero tested positive for methamphetamine and admitted to the probation officer she used methamphetamine. Grade C violation. §7B1.1(a)(3).

C    **Special Condition #1** which states, *"You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer."*

1. On April 5, and April 12, 2016, Lucero failed to appear for her scheduled substance abuse counseling sessions. Grade C violation §7B1.1(a)(3).

2. On March 19, and April 23, 2016, Lucero failed to appear for drug testing. Grade C violation. §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Annette M. Lucero has violated the trust of the Court. A warrant is recommended as Annette M. Lucero is a flight risk.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____    4/29/2016
Erick Newton    Date
U.S. Probation Officer
Office: 505-348-2743
Cell: 505-917-7118

_____    4/29/2016
Donald Wills    Date
Supervisory U.S. Probation Officer
Office: 505-348-2745
Cell: 505-728-1370

**The Court Orders**

☐    No Action

Page 3
RE: Annette M. Lucero
Petition to Revoke
April 28, 2016

☑ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

_____
The Honorable David C. Bury
Sr. United States District Judge

May 5, 2016
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Annette M Lucero<br>*Defendant* | )<br>)<br>) Case No.  CR 12-01470-TUC-DCB(EJM)<br>)<br>)                18MJ-1659<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Annette M Lucero
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583; VIO. SUPERVISED RELEASE

Date:  May 5, 2016

*Issuing officer's signature*

City and state:   Tucson, Arizona

BRIAN D. KARTH, CLERK
*By Martha Hernandez, Deputy Clerk*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*

cc: USM(2), AUSA, PROB - copies distributed